IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **DONNA ZOOK,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No. **04-932-CJP** |
| | ) | |
| **TARGET CORP.,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

The Court has been advised by the counsel for the parties that the above-captioned action has been settled.

**IT IS HEREBY ORDERED** that this action is dismissed without prejudice, without costs and with the right to reopen the action if settlement is not consummated. The dismissal will be with prejudice 60 days after the date of this Order. The Court retains jurisdiction over this matter for purposes of settlement enforcement.

**IT IS SO ORDERED.**

**DATED: January 23, 2006**

                                                                 **s/ Clifford J. Proud**
                                                                 **CLIFFORD J. PROUD**
                                                                  **U. S. MAGISTRATE JUDGE**